**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**1500 Allaire Avenue, Suite 101**
**Ocean, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANISHA SLOAN, individually and on behalf of all others similarly situated,** | C.A. No.: 2:17-cv-08885-MWF-GJS |
| **Plaintiff** | **DISMISSAL ORDER** |
| **-against-** | |
| **CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE,** | |
| **Defendant** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 11, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:17-cv-03150-STV, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in

this action.

**SO ORDERED THIS** \_\_\_\_12th\_\_\_ **day of** \_\_April\_\_\_\_\_**, 2018.**

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE